IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:10cv30

| | | |
|---|---|---|
| THOMAS LEE CUNNINGHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CIGNA HEALTHCARE OF NORTH | ) | |
| CAROLINA, INC. and | ) | |
| CONNECTICUT GENERAL LIFE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pending before the Court is Defendant Connecticut General Life Insurance Company's ("Connecticut General") Motion to Dismiss [# 17]. Connecticut General moves to dismiss the claims asserted against it because Plaintiff has not perfected service of process on it as required by Rule 4 of the Federal Rules of Civil Procedure. In the Alternative, Connecticut General moves the Court direct Plaintiff to serve it within a specified time period. In response, Plaintiff concedes that he failed to serve Connecticut General in accordance with Rule 4 but requests that the Court grant him an extension of time to perfect service. Connecticut General consents to this extension of time. Accordingly, the Court **DIRECTS** Plaintiff that he shall perfect service on Connecticut General in compliance with Rule 4 by June 30, 2011. The

-1-

Court **DENIES without prejudice** the Motion to Dismiss [# 17]. If Plaintiff fails to perfect service on Connecticut General by June 30, 2011, Connecticut General my renew its Motion to Dismiss.

Signed: June 15, 2011

Dennis L. Howell
United States Magistrate Judge